UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHANIE FRAZIER,

       Plaintiff,

v.                                                      Civil Case No. 17-11280
                                                      Honorable Linda V. Parker

NATIONAL AERONAUTICS AND
SPACE ADMINISTRATION (NASA),

       Defendant.
_____/

## OPINION AND ORDER DENYING PLAINTIFF'S REQUEST TO AMEND COMPLAINT

On April 24, 2017, Plaintiff initiated this lawsuit against Defendant, the National Aeronautics and Space Administration ("NASA"), seeking monetary damages of $600 million. On June 26, 2017, this Court summarily dismissed Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B). On June 5, 2017, this Court received a letter from Plaintiff, titled "Letter of Amendment[,]" which the Court construes as a motion to amend her Complaint. (ECF No. 4.)

In this letter, Plaintiff essentially states that she failed to state a claim that would survive dismissal of her initial complaint and that she therefore desires to amend the complaint. Plaintiff indicates that if she is allowed to amend her complaint, the complaint will include three entities instead of one: NASA,

Lockheed Martin, and Raytheon. Plaintiff further provides that she is alleging a federal claim, since her "problem is a space problem."

Plaintiff, however, provides insufficient information to lead this Court to conclude that she could amend her complaint to state a claim with merit. In any event, "[c]ourts have no discretion in permitting a plaintiff to amend a complaint to avoid [a dismissal by the court pursuant to 28 U.S.C. § 1915(e)(2)(B)]." *McGore v. Wrigglesworth*, 114 F.3d 601, 604 (6th Cir. 1997); *see also Wimberly v. Embridge*, 93 F. App'x 22, 23 (6th Cir. 2004).

Accordingly,

**IT IS ORDERED** that Plaintiff's request to amend her Complaint is **DENIED**.

        s/ Linda V. Parker
        LINDA V. PARKER
        U.S. DISTRICT JUDGE

Dated: June 16, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, June 16, 2017, by electronic and/or U.S. First Class mail.

        s/ R. Loury
        Case Manager